## CAUSE #14-15-00780

IN RE.: VICTORIA I. OKO, & § IN THE FOURTEENTH
UWAKWE C. OKO §
 RELATORS §
 §
 § COURT OF APPEAL
V. §
 §
 §
RUBEN DAVIS §
Respondent

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

OCT 08 2015

CHRISTOPHER A. PRINE
CLERK

## APPELLANTS, VICTORIA OKO & UWAKWE OKO'S MOTION FOR REHEARING

INDEX PAGE

DOCUMENTS

EXHIBIIT

| | | PAGE |
|---|---|---|
| 1. | NOTICE | 4 |
| 2. | AFFIDAVIT OF INABILITY TO PAY COST OF APPEAL OF VICTORIA OKO | 5 - 7 |
| 3. | AFFIDAVIT OF INABILITY TO PAY COST OF APPEAL OF UWAKWE OKO | 8 - 10 |

P. 1

CAUSE #14-15-00780

| | |
|---|---|
| IN RE.: VICTORIA I. OKO, & <br> UWAKWE C. OKO <br> RELATORS <br> <br> V. <br> <br> RUBEN DAVIS <br> Respondent | §   IN THE FOURTEENTH COURT <br> § <br> § <br> §   OF APPEAL <br> § <br> § <br> § |

## APPELLANTS' MOTION FOR REHEARING

Appellants, VICTORIA I. OKO and UWAKWE C. OKO, Submit this Motion for Rehearing in response to the opinion issued by the court on October 2, 2015and request that the court consider the following issue:

## ISSUE PRESENTED FOR REVIEW & ARGUEMENT

ISSUE 1:  The Court of Appeal erred in finding that "that there is no appeal pending in this court from the judgement in the underlying case. The appeal from the underlying case is docketed in this court as Court of Appeals No. 14-15-00850. A copy of the Notice of Appeal received by the Appellants is herein incorporated and hereto attached as Exhibit 1. Therefore, this court has jurisdiction over this case.

Also attached and incorporated as exhibits 2, and 3 are the Affidavits of Inability to pay of Victoria I.. Oko and Uwakwe C. Oko, respectively.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellants, Victoria I. Oko and Uwakwe C. Oko, respectfully prays that the Court grant this motion for rehearing, withdraw its opinion,



and restrain Ruben Davis (Constable), Junior Properties LLC, and/Respondents' officers, agents, servants, employees, successors, assigns, or attorneys are ORDERED to immediately CEASE and DESIST from entering Plaintiffs' property located at 2422 HAWTHORNE BROOK LANE, FRESNO, TEXAS 77545; they are furthered Restrained from attempting to evict plaintiffs from the said property, from selling plaintiffs' said property, from exercising ownership/claim on the said property or to file any instrument in any way jurisdiction, court of law, clerk's office, in the Fort Bend county, Texas, or any other county and/or with any office or governmental agency in the State of Texas or in the United states Court, House or any Federal agency of the U. S. Government that will constitute entry and/or ownership of the Defendants on the said property.

Respectfully submitted,

By: _____
UWAKWE C. OKO
VICTORIA I. OKO
2422 HAWTHORNE BROOK LANE
FRESNO, TEXAS 77545
TEL: (832) 882-1777
PRO SE

## CERTIFICATE OF SERVICE

WE, VICTORIA I. OKO, & UWAKWE C. OKO, certify that a true and correct copy of the above and forgoing documents has been served in compliance with the Texas Rules of Civil Procedures on this April 17, 2015 to the Defendant, _____
VICTORIA OKO & UWAKWE C. OKO

: **RUBBEN DAVIS, THE CONSTABLE, PRECINT 2**
**ADDRESS:** 303 Texas Parkway, Missouri City, Texas, 77489.

**TONY ALI & ANY OFFICER OF JUNIOR PROPERTIES LLC**
10661 Rockley Drive, Houston, Texas 77099.

P. 3

Justices

WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON MCCALLY
J. BRETT BUSBY
JOHN DONOVAN
MARC W. BROWN
KEN WISE

Chief Justice
KEM THOMPSON FROST

Clerk
CHRISTOPHER A. PRINE
PHONE 713-274-2800



# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

Monday, October 05, 2015

Keval Patel
19855 Southwest Freeway Ste 330
Sugar Land, TX 77478
* DELIVERED VIA E-MAIL *

Victoria I. Oko
2422 Hawthorne Brook
Fresno, TX 77545
* DELIVERED VIA E-MAIL *

Uwakwe C Oko
2422 Hawthorne Brook
Fresno, TX 77545
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    14-15-00850-CV
       Trial Court Case Number:    15-CCV-055306

Style:   Uwakwe C. Oko and Victoria I. Oko
         v.
         Junior Properties, LLC

The district clerk has advised this court that a notice of appeal was filed in this case. Upon assignment of this case to the Court of Appeals, a $205.00 filing fee is now due by the filing party.

This court has a mediation program. Upon perfecting an appeal, the appellant must complete and file a docketing statement which contains a mediation section. The appellee must also complete and file the Court's mediation docketing statement. Both appellant and appellee must file their statements within 15 days of the date of this letter. Failure to comply will be deemed an affirmative response to mediation on behalf of the non-filing party. Our court's docketing statement and mediation docketing statement are available on the court's website at www.txcourts.gov/14thCOA.

Pursuant to this Court's Local Rule 6, **all attorneys** are required to provide the Court with a valid e-mail address when submitting any document to the Court. Notices or other communications about this case will be delivered via email in lieu of mailing paper documents. Paper copies of notices or other communications about this case can be obtained by a party upon written request. Effective December 1, 2012, Rule 9 of the Texas Rules of Appellate Procedure require that all computer generated documents filed with the Court must be in a typeface no smaller than 14-point and must include a certificate of compliance stating the word count of the document being filed. Failure to comply will result in your document being rejected.

CHRISTOPHER A. PRINE, CLERK

Deputy Clerk

P. 4

EXH. 1

CAUSE NO. <u>15-DCV-222 803</u>

| | | |
|---|---|---|
| UWAKWE C. OKO & VICTORIA I. OKO,<br>Plaintiffs | §<br>§<br>§<br>§ | IN THE DISTRCT COURT |
| | | 400TH JUDICIAL DISTRICT |
| Vs. | §<br>§<br>§ | |
| | | OF FORT BEND COUNTY, TEXAS |
| TONY ALI, JUNIOR PROPERTIES LLC, & EVERBANK<br>Defendant. | § | |

## Affidavit of Inability to Pay Costs for Appeal of Uwakwe C. Oko

My name is Uwakwe. Oko. I am unable to pay the costs of appeal or to file an appeal bond in order to appeal the Judgment.

In order to appeal this proceeding, I am giving the following information under oath:

I am unable to pay the court costs. I verify that the statements made in this Affidavit are true and correct.

| | |
|---|---|
| Full Name:<br>  UWAKWE C. OKO | |
| Address:<br>2422 HAWTHORNE BROOK LANE, | City, State, and Zip Code<br>FRESNO, TEXAS 77545 |
| Home Telephone: | Cellular Phone:<br>832-882-1777 |
| Former Address:<br>8310 FURLONG LANE, HOUSTON, TEXAS 77071 | |
| Date of Birth:<br>12/31/1962 | Place of Birth:<br>ABA, NIGERIA |
| Employer: STUDENT | |
| Employment Address: | |
| Work Telephone: | Job Title or Dutie |
| Supervisor's Name: | |

| | |
|---|---|
| Spouse's Name: VICTORIA I. OKO | |
| Spouse's Address:<br>2422 HAWTHORNE BROOK | City, State, and Zip Code<br>FRESNOI, TEXAS 77545 |
| Spouse's Home Telephone: | Spouse's Cellular Phone: 832-885-7297 |
| Spouse's Employer: | |

P. 5                                    EXH. 2

## Income

| Monthly earnings: | $0 | |
|---|---|---|
| Other income:<br>    Description: | | Amount: $0 |

## Spouse's Income

| Spouse's monthly earnings: | N/A | |
|---|---|---|
| Other income:<br>    Description: | | Amount: |

## Government Entitlement Income

| *Unemployment Benefits* | *Benefit Amount* |
|---|---|
| AFDC: | |
| Social Security: | |
| Disability: | |
| Veteran's Benefits: | |
| Child Support: | |

| Other Entitlement Benefits: | Amount: |
|---|---|
| | |

| **All Other Income** | Amount: $0 |
|---|---|
| Description: | |

## Accounts in Financial Institutions

| Checking Accounts:<br>    Financial Institution:<br>MEMBER SOURCE CREDIT UNION | Account Number:<br>801070 | Current Balance:<br>$17.00 |
|---|---|---|
| Saving Accounts:<br>    Financial Institution: | Account Number: | Current Balance: |

| **Real Property Owned other than Homestead** | Address: | Value: |
|---|---|---|
| Description:<br>NONE | | |

| **Personal Property** (other than household furnishings, clothes, tools of a trade, or personal effects) | Value: |
|---|---|
| Description:<br>2003 HONDA CIVIC | $1,000.00 |

P. 6

|  |  |
|---|---|
|  |  |
|  |  |

**Debts**

| Description: | Total Due: | Monthly Payment: |
|---|---|---|
|  |  |  |

**Monthly Expenses** *(for example, food, transportation, child care, health care, etc.)*

| Description: | Amount: |
|---|---|
| TRANSPORTATION | $150.00 |

**Dependants**

| Name: | Address: | Age: | Relationship: |
|---|---|---|---|
| Martha Oko | 2422 Hawthorne Brook Fresno, Tx | 12 | DAUGHTER |
| Joseph Oko | " " " " " | 8 | SON |
| Katherine Oko | " " " " " | 7 | DAUGHTER |
| Victor Oko | " " " " " | 6 | SON |

_Uwakwe Oko_

UWAKWE C, OKO

THE STATE OF TEXAS    § COUNTY OF ~~HARRIS~~ Fort Bend §

BEFORE ME, the undersigned authority, on this day personally appeared  UWAKWE C. OKO, who upon oath, stated that he/she is making this Affidavit and that the information provided is true and correct.

SWORN TO AND SUBSCRIBED before me on June 18 2015 .

JENNIFER CORINE MOORE
MY COMMISSION EXPIRES
February 24, 2017

_Jennifer Moore_

NOTARY PUBLIC, State of Texas

P. 7

State of Texas          *
                        *
County of Harris        *

## Affidavit of Inability to Pay Costs for Appeal of Victoria

My name is Victoria I. Oko.  I am unable to pay the costs of appeal or to file an

appeal bond in order to appeal the Judgment.

 In order to appeal this proceeding, I am giving the following information under

oath:

I am unable to pay the court costs.  I verify that the statements made in

this Affidavit are true and correct.

| Full Name: VICTORIA I. OKO | |
|---|---|
| Address: 2422 HAWTHORNE BROOK LANE, | City, State, and Zip Code FRESNO, TEXAS 77545 |
| Home Telephone: | Cellular Phone: 832-885-7297 |
| Former Address: 8310 FURLONG LANE, HOUSTON, TEXAS 77071 | |
| Date of Birth: 10/15/1977 | Place of Birth: ABA, NIGERIA |
| Employer: FOUR J'S COMMUNITY LIVING CTR. | |
| Employment Address: 9207 COUNTRY CREEK DR.   SUITE 200, HOUSTON, TEXAS 77036 | |
| Work Telephone: 713-981-6206 | Job Title or Duties: DIRECT CARE SUPV. |
| Supervisor's Name: ANTHONIA UDUMA | |

| Spouse's Name: UWAKWE E. OKO | |
|---|---|
| Spouse's Address: 2422 HAWTHORNE BROOK | City, State, and Zip Code FRESNO, TX 77545 |
| Spouse's Home Telephone: | Spouse's Cellular Phone: |
| Spouse's Employer: NONE | |

 P. 8

 EXH. 3

| Spouse's Employment Address: | |
|---|---|
| Spouse's Work Telephone: | Spouse's Supervisor's Name: |

## Income

| Monthly earnings: | $2,275.00 | |
|---|---|---|
| Other income:<br>        Description: | N/A | Amount: |

## Spouse's Income

| Spouse's monthly earnings: | N/A | |
|---|---|---|
| Other income:<br>        Description: | | Amount: |

## Government Entitlement Income

| *Unemployment Benefits* | *Benefit Amount* |
|---|---|
| AFDC: | |
| Social Security: | |
| Disability: | |
| Veteran's Benefits: | |
| Child Support: | |

| Other Entitlement Benefits: | Amount: |
|---|---|
| | |

## All Other Income

| Description:<br>N/A | Amount: |
|---|---|

## Accounts in Financial Institutions

| Checking Accounts:<br>    Financial Institution:<br>WELLS FARGO BANK, HOUSTON, TX | Account Number: 9064877823 | Current Balance: -$104.73 |
|---|---|---|
| Saving Accounts:<br>    Financial Institution: | Account Number: | Current Balance: |

## Real Property Owned other than Homestead

| Description: N/A | Address: | Value: |
|---|---|---|

P. 9

**Personal Property** *(other than household furnishings, clothes, tools of a trade, or personal effects)*

| Description: | Value: |
|---|---|
| 2000 TOTOTA SIENA | $1,200.00 |

**Debts**

| Description: | Total Due: $23,700.00 | Monthly Payment: $205.00 |
|---|---|---|
| STUDENT LOAN | | |

**Monthly Expenses** *(for example, food, transportation, child care, health care, etc.)*

| Description: | Amount: |
|---|---|
| FOOD | $600.00 |
| TRANSPORTATION ( INSURANCE, GAS ETC) | $300.00 |
| CHILD CARE | $200.00 |
| HEALTHCARE | $150.00 |
| LIGHT BILL | $250.00 |
| PHONE BILL | 75.00 |
| WATER BILL | $150.00 |
| CABLE | $150.00 |

**Dependants**

| Name: | Address: | Age: | Relationship: |
|---|---|---|---|
| MARTHA N. OKO | 2422 HAWTHORNE BRK, FRESNO, TX | 10 | DAUGHTER |
| JOSEPH C. OKO | 2422 HAWTHORNE BRK FRESNO, TX | 9 | SON |
| KATHRINE C. OKO | 2422 HAWTHORNE BRK FRESNO, TX | 7 | DAGHTER |
| VICTOR M. OKO | 2422 HAWTHORNE BRK FRESNO, TX | 6 | SON |

VICTORIA I. OKO

Date 6/18/2015

THE STATE OF TEXAS §

COUNTY OF ~~HARRIS~~ Fort Bend §

BEFORE ME, the undersigned authority, on this day personally appeared VICTORIA I. OKO, who upon oath, stated that she is making this Affidavit and that the information provided is true and correct.

SWORN TO AND SUBSCRIBED before me on June 18, 2015

NOTARY PUBLIC, State of Texas

JENNIFER CORINE MOORE
MY COMMISSION EXPIRES
February 24, 2017

P- 11